IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERALD PATE                                                    PETITIONER


v.                              NO.  4:05CV00491 GH-JFF


LARRY NORRIS, Director,
Arkansas Department of Correction                    RESPONDENT


## ORDER

The Court has reviewed the Proposed Findings and Recommendations received

from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and

has further reviewed the relevant record *de novo*.  The Findings and Recommendations

are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus

is dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2007.


_____
UNITED STATES DISTRICT JUDGE