IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERALD PATE                                                         PETITIONER

v.                          NO. 4:05CV00491 GH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ADJUDGED this 29th day of March, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE